UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHERRY CANYON RESOURCES, L.P. Individually and on Behalf of All Those Similarly Situated,<br><br>*Plaintiff*<br><br>vs.<br><br>HALLIBURTON COMPANY; HALLIBURTON ENERGY SERVICES, INCORPORATED; SCHLUMBERGER, N.V.; SCHLUMBERGER HOLDINGS CORPORATION; BAKER HUGHES INCORPORATED; and BJ SERVICES COMPANY,<br><br>*Defendants* | Civil Action No. 2:13-cv-00238<br><br><br>CLASS ACTION<br><br>DEMAND FOR JURY TRIAL |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to FED. R. CIV. P. 7.1 and the Court's August 1, 2013 Order for Conference and Disclosure of Interested Persons (Doc. #2), Plaintiff Cherry Canyon Resources, L.P. certifies that as of the date of filing, the following persons, associations of persons, firms, partnerships, corporations (including parent corporations and subsidiary corporations), affiliates and/or other entities are financially interested in the outcome of this litigation:

1. Plaintiff Cherry Canyon Resources, L.P.

2. Purdy Energy, L.L.C., General Partner of Plaintiff Cherry Canyon Resources, L.P.

3. The undersigned Attorneys for Plaintiff Cherry Canyon Resources, L.P.

4. The Plaintiff Class defined as "All persons or entities that directly purchased Fracking Pressure Pumping Services in the United States from one or more Defendants from at

1

least May 29, 2011, through the present. Excluded from the Class are Defendants and their employees, affiliates, parents, subsidiaries, named and unnamed coconspirators, the United States Government, the Court, and any members of the Court's staff or immediate family." Complaint (Doc. #1), ¶ 32.

5. Defendants <u>Halliburton Company</u> (HAL; NYSE) and Halliburton Energy Services, Incorporated. Defendant Halliburton Energy Services, Incorporated is a wholly-owned subsidiary of Defendant Halliburton Company.

6. Defendants <u>Schlumberger N.V.</u> (also known as Schlumberger Limited) (SLB; NYSE) and Schlumberger Holdings Corporation. Defendant Schlumberger Holdings Corporation is a wholly-owned subsidiary of Defendant Schlumberger N.V.

7. Defendants <u>Baker Hughes Incorporated</u> (BHI; NYSE) and BJ Services Company. Defendant BJ Services Company is a wholly-owned subsidiary of Defendant Baker Hughes Incorporated.

Dated: August 16, 2013

                                                         Respectfully submitted,

                                       By:   <u>s/ Richard L. Coffman</u>
                                              Richard L. Coffman
                                              THE COFFMAN LAW FIRM
                                              First City Building
                                              505 Orleans St., Ste. 505
                                              Beaumont, TX 77701
                                              (409) 833-7700
                                              (866) 835-8250 Fax
                                              rcoffman@coffmanlawfirm.com

        Jay W. Eisenhofer
Linda P. Nussbaum
Peter A. Barile III
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501
jeisenhofer@gelaw.com
lnussbaum@gelaw.com
pbarile@gelaw.com

Robert C. Hilliard
Catherine Tobin
Marion Reilly
HILLIARD MUNOZ GONZALES, LLP
719 S Shoreline Blvd # 500,
Corpus Christi, Texas 78401
Tel:  (361) 882-1612
Fax:  (361) 882-3015
Email: bobh@hmglawfirm.com
Email: catherine@hmglawfirm.com
Email: marion@hmglawfirm.com

Steve D. Shadowen
HILLIARD & SHADOWEN, LLC
39 W. Main Street
Mechanicsburg, Pennsylvania 17055
Tel:  (855) 344-3298
steve@hilliardshadowen.com

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I certify Plaintiff's Certificate of Interested Parties was filed and served on all counsel of record, via the Court's ECF system, on August 16, 2013.

        /s/ Richard L. Coffman

        **Counsel for Plaintiff Cherry Canyon Resources, L.P.**