# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Texas

Case Number: 2:13-CV-00238

Plaintiff:
**CHERRY CANYON RESOURCES L.P. INDIVIDUALLY AND ON BEHALF OF ALL THOSE SIMILARLY SITUATED**

vs.

Defendant:
**HALLIBURTON COMPANY, HALLIBURTON ENERGY SERVICES, INCORPORATED, SCHLUMBERGER, N.V., SCHLUMBERGER HOLDINGS CORPORATION, BAKER HUGHES INCORPORATED, AND BJ SERVICES COMPANY**


Cherry Canyon

United States Courts
Southern District of Texas
FILED

AUG 21 2013

David J. Bradley, Clerk of Court

For:
Robert C. Hilliard
Hilliard Munoz Guerra L.L.P.
719 S. Shoreline Blvd. Suite 500
Corpus Christi, TX 78401

Received by Allen Civil Process on the 14th day of August, 2013 at 1:41 pm to be served on **Schlumberger Holdings Corporation Registered Agent: CT Corporation System, 350 N. St. Paul Suite 2900, Dallas, TX 75201**.

I, Carlos Barrera, being duly sworn, depose and say that on the **15th day of August, 2013** at **12:50 pm, I:**

Delivered to: **Schlumberger Holdings Corporation Registered Agent: CT Corporation System**, accepted by **Tracy Hollywood, Authorized To Accept**, a true copy of the **Summons and Class Action Complaint**, with the date and hour of delivery endorsed thereon, at the address of **350 North St. Paul Street, Suite 2900, Dallas, Texas 75201** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 30s,  Sex: f,  Race/Skin Color: black,  Height: 5'8,  Weight: 140,  Hair: black,  Glasses: n

I certify that I am over the age of 18, not a party to, nor have any interest in the outcome of the above numbered suit. I am certified under order of the Supreme Court of Texas to deliver citations and other notices.

On this day personally appeared affiant, known to me personally to be the person whose name is subscribed to the foregoing return and being by me duly sworn, declare under oath that the statements therein are true and correct.

Subscribed and Sworn to before me on the 16th day of August, 2013 by the affiant who is personally known to me

_____
NOTARY PUBLIC

_____
**Carlos Barrera**
TX Cert:SCH5305 Exp:6/30/15

**Allen Civil Process**
**P.O. Box 181293**
**Corpus Christi, TX 78480**
(361) 884-1657

Our Job Serial Number: ALN-2013005340
Ref: Cherry Canyon
Service Fee: _____

ANDRES V SANCHEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. July 26, 2016


Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| CHERRY CANYON RESOURCES, L.P. <br><br> *Plaintiff(s)* <br> v. <br> HALLIBURTON COMPANY, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:13-cv-00238 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SCHLUMBERGER HOLDINGS CORPORATION
300 Schlumberger Dr.
Sugar Land, Texas 77478

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert C. Hilliard
Hilliard Munoz Gonzales, LLP
719 S. Shoreline Suite 500
Corpus Christi, Texas 78401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/6/13                                                             _____
*Signature of Clerk or Deputy Clerk*