UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00238 |
|---|---|---|---|
| Cherry Canyon Resources, L.P. ||||
| *versus* ||||
| Halliburton Company, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | James G. Kress<br>Baker Botts LLP<br>1299 Pennsylvania Ave., NW<br>Washington, D.C. 20004<br>(202) 639-7884<br>District of Columbia Bar No. 435141 |
|---|---|
| Seeks to appear for this party: | Halliburton Company & Halliburton Energy Services, Inc. |
| Dated: 8/27/2013 | Signed: [signature] |

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature: |

Order           This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                          United States District Judge