UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHERRY CANYON RESOURCES, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00238 |
| | § | |
| HALLIBURTON COMPANY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On August 28, 2013, Plaintiffs filed a Motion for Entry of Scheduling Order on Initial Pleadings (D.E. 18). The Motion was accompanied by a certificate of conference indicating that the Motion is opposed. Any party opposing said Motion is ORDERED to file a response on or before September 3, 2013.

ORDERED this 29th day of August, 2013.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE