| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00238 |
|---|---|---|---|
| Cherry Canyon Resources, L.P. ||||
| *versus* ||||
| Halliburton Company, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Molly Boast<br>Wilmer Cutler Pickering Hale and Door LLP<br>7 World Trade Center, 250 Greenwich Street<br>New York, NY 10007<br>212 230 8887<br>New York - 1660869<br>N/A |
|---|---|
| Seeks to appear for this party: | Baker Hughes Incorporated and BJ Services Company |
| Dated: August 29, 2013 | Signed: *Molly A. Boast* |

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature: |

Order               This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                       United States District Judge