UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHERRY CANYON RESOURCES, L.P. Individually and on Behalf of All Those Similarly Situated, <br><br>                          *Plaintiff,* <br><br>     vs. <br><br> HALLIBURTON COMPANY; HALLIBURTON ENERGY SERVICES,  INCORPORATED; SCHLUMBERGER, N.V.; SCHLUMBERGER HOLDINGS  CORPORATION; BAKER HUGHES INCORPORATED; and BJ SERVICES COMPANY, <br><br>                          *Defendants*. | Case No. 2:13-cv-00238 <br><br> Hon. Nelva Gonzales Ramos |

## STIPULATION AND PROPOSED ORDER

**WHEREAS,** the Parties have agreed to certain initial scheduling and other procedural matters to facilitate the just and efficient progress of this Action;

**WHEREAS,** on or about July 31, 2013, Plaintiff filed a complaint in this Action ("Complaint");

**WHEREAS,** absent an extension of time Defendants Halliburton and Baker Hughes are obligated to answer, move or otherwise plead, in response to the current complaint on August 30, 2013, and Schlumberger is obligated to answer, move or otherwise plead, in response to the current complaint on September 5, 2013;

**WHEREAS,** Plaintiff anticipates amending the Complaint ("Amended Complaint");

**WHEREAS,** Defendants anticipate moving to dismiss this Action; and

**WHEREAS,** other civil actions asserting the same or similar claims as alleged in the Complaint may be filed in this or other federal courts ("Related Actions");

**NOW, THEREFORE,** the Parties, by and through their undersigned counsel, stipulate and agree as follows, subject to the approval of the Court:

1.      *Amended Complaint.*  Plaintiff shall have forty-five (45) days from the date of this Stipulation in which to file and serve an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1).

2.      *Extension of Time to Respond to Complaint.*  Defendants shall answer, move with respect to, or otherwise respond to the Amended Complaint within forty-five (45) days after Plaintiff files the Amended Complaint.  Defendants shall be under no obligation to respond to the Complaint and shall not file motions to dismiss until the time for Plaintiff to file and serve the Amended Complaint (Paragraph 1) has expired.  If Defendants move to dismiss, Plaintiff shall have forty-five (45) days in which to oppose Defendants' motions.

3.      *Related Actions.*  If any Related Action is filed in this Court, then the parties shall meet and confer in good faith on a reasonable extension of the schedule herein for a Consolidated Amended Complaint to be filed and on a reasonable schedule for briefing any motions with respect to such Consolidated Amended Complaint. Any such schedule would extend and supersede the schedule set forth herein.

4.      *No Effect on Discovery.*  The scheduling order with respect to the initial pleadings does not stay this case or in any way affect discovery in this case.

Dated:  August 29, 2013

Respectfully submitted.

By: ___s/ Hugh E. Tanner_____
Hugh E. Tanner
State Bar No. 19637400
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002
Tel:  (713) 890-5180
Fax:  (713) 890-5001
htanner@morganlewis.com

**Counsel for Schlumberger, N.V. and Schlumberger Holdings Corporation**

By: ____s/ Robert C. Hilliard_____
Robert C. Hilliard
State Bar No. 09677700
Federal ID No. 5912
HILLIARD MUNOZ GONZALES, LLP
719 S Shoreline Blvd # 500,
Corpus Christi, Texas 78401
Tel:  (361) 882-1612
Fax:  (361) 882-3015
bobh@hmglawfirm.com

By: ____s/ Linda P. Nussbaum_____
Linda P. Nussbaum (*pro hac vice*)
Peter A. Barile III (*pro hac vice*)
Grant & Eisenhofer P.A.
485 Lexington Avenue
New York, NY 10017
Tel:  (646) 722-8500
Fax:  (646) 722-8501
lnussbaum@gelaw.com
pbarile@gelaw.com

**Counsel for Plaintiff Cherry Canyon Resources, L.P. and the Proposed Class**

By: ____s/ Hartmut Schneider_____
Hartmut Schneider (pro hac vice)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel.  (202) 663 6948
Fax.  (202) 663 6363

By: _s/ Darrell L. Barger _____
Darrell L. Barger
State Bar No. 01733800
HARTLINE DACUS BARGER DREYER
LLP
800 N. Shoreline Blvd.
Suite 2000, North Tower
Corpus Christi, Texas 78401

By: s/ Amy Pharr Hefley
Amy Pharr Hefley
State Bar # 24046046
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX   77002-4995
Tel: (713) 229-1270
Fax: (713) 229-2770
amy.hefley@bakerbotts.com

James G. Kress (*pro hac vice* pending
Paul Cuomo (*pro hac vice* pending)
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Tel.  (202) 639-7884

3

Tel: (361) 866-8000
Fax: (361) 866-8039
dbarger@hdbdlaw.com

***Counsel for Baker Hughes, Inc. and B.J.
Services Company***

Fax:  (202) 639-1193
james.kress@bakerbotts.com

***Counsel For Halliburton Company and
Halliburton Energy Services, Incorporated***

**IT IS SO ORDERED.**

Date: _____      _____

Hon. Nelva Gonzales Ramos
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2013, I electronically filed and served the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record registered with the ECF system.

By: /s/ Robert C. Hilliard
　　Robert C. Hilliard