| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00238 |
|---|---|---|---|
| Cherry Canyon Resources, L.P. ||||
| *versus* ||||
| Halliburton Company, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | James G. Kress<br>Baker Botts LLP<br>1299 Pennsylvania Ave., NW<br>Washington, D.C. 20004<br>(202) 639-7884<br>District of Columbia Bar No. 435141 |
|---|---|
| Seeks to appear for this party: | Halliburton Company & Halliburton Energy Services, Inc. |
| Dated: 8/27/2013 | Signed: /s/ James G. Kress |

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 8-29-13   Clerk's signature: Donna Tennell |

Order

Dated: 8/30/13

This lawyer is admitted *pro hac vice*

_____
United States District Judge