UNITED STATES DISTRICT COURT	SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00238 |
|---|---|---|---|
| Cherry Canyon Resources, L.P. ||||
| *versus* ||||
| Halliburton Company, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Paul Cuomo<br>Baker Botts LLP<br>1299 Pennsylvania Ave., NW<br>Washington, D.C. 20004<br>(202) 639-7923<br>DC Bar No. 457793; Md. Bar No. 059561170<br>E. D. Wis. Bar No. 457793; D.D.C. Bar |
|---|---|
| Seeks to appear for this party: | Halliburton Company & Halliburton Energy Services, Inc. |
| Dated:   9/3/2013 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: |
|---|
| Dated:   Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |

Dated: _____          _____
                                United States District Judge