| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00238 |
|---|---|---|---|
| Cherry Canyon Resources, L.P. | | | |
| *versus* | | | |
| Halliburton Company, et al. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Stacy Frazier<br>Wilmer Cutler Pickering Hale and Door LLP<br>1875 Pennsylvania Ave., N.W.<br>Washington, DC 20006<br>202-663-6076<br>District of Columbia Bar No. 986806 |
|---|---|
| Seeks to appear for this party: | Baker Hughes Incorporated and BJ Services Company |
| Dated: 8/29/13 | Signed: *Stacy Frazier* |

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 8-30-13 | Clerk's signature: *Donna Terrell* |

Order

Dated: 8/30/13

This lawyer is admitted *pro hac vice*.

_____
United States District Judge