| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:13-cv-00238 |
|---|---|---|---|
| | Cherry Canyon Resources, L.P. | | |
| | *versus* | | |
| | Halliburton Company, et al. | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Mary S. Boast<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center, 250 Greenwich Street<br>New York, NY 10007<br>212 230 8887<br>New York - 1660869<br>N/A |
|---|---|
| Seeks to appear for this party: | Baker Hughes Incorporated and BJ Services Company |
| Dated: September 3, 2013 | Signed: *Mary S. Boast* |

| The state bar reports that the applicant's status is: |
|---|
| Dated:                      Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____            _____
                                                          United States District Judge