UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHERRY CANYON RESOURCES, L.P. Individually and on Behalf of All Those Similarly Situated,<br><br>     *Plaintiff*,<br><br> vs.<br><br>HALLIBURTON COMPANY; HALLIBURTON ENERGY SERVICES, INCORPORATED; SCHLUMBERGER, N.V.; SCHLUMBERGER HOLDINGS CORPORATION; BAKER HUGHES INCORPORATED; and BJ SERVICES COMPANY,<br><br>     *Defendants*. | Civil Action No. 2:13-cv-00238<br><br>Hon. Nelva Gonzalez Ramos |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff CHERRY CANYON RESOURCES, L.P., by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby provides notice that as to all Defendants this action is dismissed without prejudice.

This notice is proper because no class has been certified, and none of the opposing parties has served either an answer or a motion for summary judgment.

1

Dated:  October 8, 2013

        Respectfully submitted,

        By:    s/ Richard L. Coffman

        Richard L. Coffman
        THE COFFMAN LAW FIRM
        First City Building
        505 Orleans St., Ste. 505
        Beaumont, TX 77701
        (409) 833-7700
        (866) 835-8250 Fax
        rcoffman@coffmanlawfirm.com

        Jay W. Eisenhofer
        Linda P. Nussbaum
        Peter A. Barile III
        GRANT & EISENHOFER P.A.
        485 Lexington Avenue
        New York, NY 10017
        Tel: (646) 722-8500
        Fax: (646) 722-8501
        jeisenhofer@gelaw.com
        lnussbaum@gelaw.com
        pbarile@gelaw.com

        *Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal Without Prejudice with the Clerk of the Court via the CM/ECF system, which will notify all counsel of record via electronic mail.

        By:    s/ Richard L. Coffman